# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-SHA FOODS USA CO., INC., a California corporation, and A-SHA REPUBLIC INC., a Taiwanese corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>MOMO ORCHARD HOLDINGS, INC., a Delaware corporation,<br><br>        Defendant.<br><br>MOMO ORCHARD HOLDINGS, INC., a Delaware corporation,<br><br>        Counterclaimant,<br><br>        v.<br><br>A-SHA FOODS USA CO., INC., a California corporation, and A-SHA REPUBLIC INC., a Taiwanese corporation,<br><br>        Counter-Defendants. | Case No.: 2:25-cv-07140-SVW-MBK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[*Filed concurrently with Stipulation of Dismissal With Prejudice*]<br><br>Hon. Stephen V. Wilson |

# [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the Parties' Stipulation of Dismissal With Prejudice, and finding good cause therefore, hereby GRANTS the Stipulation of Dismissal With Prejudice and hereby DISMISSES this action and counterclaims with prejudice in its entirety as to all parties and claims for relief, with all parties to bear their own costs.

**IT IS SO ORDERED.**

Dated: May 15, 2026                    By: _____
                                           Hon. Stephen V. Wilson
                                           United States District Judge

2